# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN A. MCLEOD,
    Plaintiff,

vs.                          CASE NO. 8:09-CIV-72-T-17-TBM

CHARLIE CRIST,
    Defendant.
_____/

## ORDER

This cause is before the Court *sua sponte*. The Court notes that the defendant in this case resides in Tallahassee, Florida, as governor of the state, and the Plaintiff resides in Jasper, Florida. Both parties are therefore in the Northern District of Florida, not the Middle District. Also, the actions which are the subject of this suit would have occurred in the Northern District of Florida. Therefore, pursuant to 28§ 1391 (b), there is no venue in this district for this cause. Accordingly, it is

**ORDERED** that this cause of action be **dismissed** for lack of venue. The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 28th day of January, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record